## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 136 EM 2015

Respondent                     :
                               :
                               :
                               :
          v.                   :
                               :
                               :
MR. JASON PARKER,              :
                               :
          Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Application for Leave to File Original Petition is **GRANTED**, and the Application for an Immediate Hearing and the Petition for Writ of Habeas Corpus are **DENIED**.